the Claim for Compensation under the Workmen's Compensation Law, Made by JOHN C. DUTCHER, Respondent, v. THE AMERICAN EXPRESS COMPANY, Employer and Self-Insurer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK KRIEGBAUM, Respondent, for Compensation under the Workmen's Compensation Law, v. BUFFALO WIRE WORKS COMPANY, INC., Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARGARET CAREY, Widow of FRANK CAREY, Respondent, on Behalf of Herself and Three Minor Children, Claimant, v. FRAMBO REALTY COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of THOMAS H. MCDOWELL, Respondent, for Compensation v. DISPATCH FILM CORPORATION, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE STIVINS, Respondent, for Compensation under the Workmen's Compensation Law, v. BUFFALO CEREAL COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JACOB BACHMANN, Appellant, for Compensation under the Workmen's Compensation Law, v. S. LIEBMANN'S SONS BREWING COMPANY, Employer, and BREWERS' MUTUAL INDEMNITY INSURANCE COMPANY, Insurance Carrier, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of XAVIER PARMAS, Respondent, for Compensation under the Workmen's Compensation Law, v. HOTEL PLAZA OPERATING COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of RAYMOND J. CONNOLLY, Respondent, for Compensation under the Workmen's Compensation Law, v. TUCKER ELECTRICAL CONSTRUCTION COMPANY, Employer, and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Insurer, Appellants, and ZURICH GENERAL ACCIDENT INSURANCE COMPANY, Insurer, Respondent.— Determination unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE CLARKE, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. ROGER I. SHERMAN, INC., Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by MARY HORRIGAN, Widow, Respondent,

on Behalf of Herself and Infant Children, on Account of the Death of PATRICK HORRIGAN, v. POST-STANDARD COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award affirmed. All concurred, except H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HERBERT FECK, Respondent, for Compensation under the Workmen's Compensation Law, v. HENRY SCHOMSKE, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.